**Kenneth V. AWE, Plaintiff–Appellant,**

v.

**Harold CLARKE, Director of VDOC; V.M. Washington, Warden GRCC; B. Wright, Warden GRCC; Warden Boone, Warden of GRCC; Dr. Tesemma, M.D. of GRCC; Fred Schilling, Health Service Director, Defendants–Appellees.**

No. 14–6531.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Kenneth V. Awe, Appellant Pro Se. James Milburn Isaacs, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Awe seeks to appeal the district court order dismissing without prejudice his action brought under the Americans with Disabilities Act, 42 U.S.C. §§ 12132–12134 (2012), for failure to state a claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Awe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, as Awe may be able to save his action by amending his complaint to cure the pleading deficiencies that were identified by the district court. *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*